ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

JESUS MORTERA,
AMADO RAMOS,
JOSE RIVERA,
JULIO CANCEL,

             Defendants.

- - - - - - - - - - - - - - - - - - -x

**INDICTMENT**

08 Cr. 355

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

<u>COUNT ONE</u>
(ROBBERY CONSPIRACY)

The Grand Jury charges:

1.  On or about December 9, 2007, in the Southern District of New York and elsewhere, JESUS MORTERA, AMADO RAMOS, JOSE RIVERA, and JULIO CANCEL, the defendants, together with others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly, conspired to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, the robbery at the Applebee's restaurant at 221 Route 59, Village of Airmont, New York, and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

       (Title 18, United States Code, Section 1951(a).)

1

<u>COUNT TWO</u>

(ROBBERY)

The Grand Jury further charges:

2. On or about December 9, 2007, in the Southern District of New York and elsewhere, JESUS MORTERA, AMADO RAMOS, JOSE RIVERA, and JULIO CANCEL, the defendants, together with others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, the robbery at the Applebee's restaurant at 221 Route 59, Village of Airmont, New York, and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951(a) and 2.)


_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

2