# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

# MEMO ENDORSED

Paul E. Davison
*Attorney-in-Charge
White Plains*

May 5, 2008

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   **United States v. Jesus Mortera**
      **08 Cr. 355 (KMK)**

Dear Judge Karas:

   This office was appointed as counsel to Mr. Mortera by the Honorable Lisa M. Smith, Chief United States Magistrate Judge, on January 3, 2008.

   The defendant appeared with counsel at an initial pretrial conference before your Honor last Thursday, May 1, 2008.

   Today I received a letter from Mr. Mortera indicating, in substance, that he has come to the conclusion that his defense is not in good hands. Mr. Mortera requests that I present to the Court his request that the Court appoint other, substitute counsel to defend him.

   Accordingly, I respectfully request that this Court relieve Federal Defenders of New York, Inc., and appoint other counsel to defend Mr. Mortera.

   Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

cc:   Marcia S. Cohen, Esq.
      Assistant United States Attorney

*The Court will take up the question of Mr. Mortera's representation at a May 16, 2008 conference, at 12:30 pm.
So ordered.*

*5/6/08*